**In re: Johnny Hinojos LUNA, Relator.**

**No. 07–10–0222–CV.**

Court of Appeals of Texas,
Amarillo,
Panel B.

June 24, 2010.

Johnny Hinojos Luna, Amarillo, pro se.

Ana Estevez, Amarillo, pro se.

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

BRIAN QUINN, Chief Justice.

Pending before the court is the application of Johnny Hinojos Luna, for a writ of mandamus. The petition is a request for us to order the Honorable Ana Estevez, 251st District Court, to act on his motion for "Nunc Pro Tunc," wherein he claimed that he did not receive jail time credit while awaiting trial. We dismiss the petition as moot.

On June 14, 2010, we directed Judge Estevez to respond to relator's petition for mandamus. On June 18, 2010, Judge Estevez filed her response which included an "Order Granting Jail Time Credit Nunc Pro Tunc," wherein she granted relator's motion and allotted him the requested jail time credit.[1]

Accordingly, we do not reach the merits of the issues raised, and the petition for writ of mandamus is dismissed as moot.

1. A copy of the trial court's order is attached

*See In re Duncan,* 62 S.W.3d 333, 334 (Tex.App.-Houston [1st Dist.] 2001, orig. proceeding).

Attachment

NO. 33,548–C

THE STATE OF TEXAS

VS.

JOHNNY          HINOJOS          LUNA
TDCJ# 00548300

IN THE 251ST DISTRICT COURT IN AND FOR POTTER COUNTRY, TEXAS

*ORDER GRANTING JAIL TIME
CREDIT NUNC PRO TUNC*

In being called to the attention of the Court that the Defendant, JOHNNY HINOJOS LUNA, in the above styled and numbered cause is entitled to receive credit for the following dates calendar time pursuant to Art. 42.03, Texas Code of Criminal Procedure, to writ:

01–03–1994 to 12–05–1995 (date of sentence)

It is ORDERED, ADJUDGED AND DECREED by this Court that the sentence in the above numbered and styled cause be corrected to reflect that the Defendant is credited these days in custody.

The Clerk is hereby ORDERED to send a certified copy of the Order to the **Texas Department of Criminal** and a certified copy of the Order to the **Records Department, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107.**

Signed this 17th day of June, 2010.

to this opinion.

PRESIDING JUDGE

I, Caroline Woodburn, Clerk of the District Courts and County Courts at Law in and for Potter County, Texas, do hereby certify that the foregoing instrument is a correct copy of the original on file in this office.
ATTESTED this ___ day of ___ 2010
By ___ Deputy

762408

CAROLINE WOODBURN
DISTRICT CLERK

2010 JUN 17 P 3:37

POTTER COUNTY, TX

BY ___ DEPUTY